# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| GOLD'S GYM FRANCHISING, LLC )<br>and )<br>  )<br>GOLD'S GYM LICENSING, LLC, )<br>  )<br>    Plaintiffs, )<br>  )<br>v. )<br>  )<br>MISSOURI MARTIAL ARTS, INC. )<br>and )<br>  )<br>JAY D. D'AMATO, )<br>  )<br>    Defendants. ) | Case No. 4:07-CV-01040-JCH |

## ▓▓▓▓▓▓▓ CONSENT PERMANENT INJUNCTION

This matter having come before the Court for the entry of a preliminary injunction with the consent of the parties, it is ordered, adjudged and decreed as follows:

1. Plaintiff Gold's Gym Franchising, LLC ("Gold's Gym") is a limited liability company organized and existing under the laws of the state of Delaware with its principal place of business in Irving, Texas.

2. Plaintiff Gold's Gym Licensing, LLC ("GGL") is a limited liability company organized and existing under the laws of the state of Delaware with its principal place of business in Irving, Texas.

3. Defendant Missouri Martial Arts, Inc. ("MMA") is a Missouri corporation with its principal place of business at 16 North 10th Street, Columbia, Missouri 65201.

4. Defendant Jay D'Amato is a citizen and resident of the state of Missouri.

1025832

5. This Court has subject matter jurisdiction over this action and personal jurisdiction over Defendants MMA and D'Amato.

6. Venue is proper under 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claims in this case occurred in this judicial district.

7. Plaintiff Gold's Gym is engaged in the business of granting franchises to qualified, independent business persons to operate Gold's Gym health and fitness centers worldwide using Gold's Gym's distinctive business format, system of operations, and proprietary names and marks. Gold's Gym franchisees are licensed to use the trade names, service marks, and trademarks of Gold's Gym and to operate under the Gold's Gym System, which involves the operation of Gold's Gym health and fitness centers utilizing specially-designed buildings with special equipment, equipment layouts, interior and exterior accessories, identification schemes, products, health and fitness programs, management programs, services, standards, specifications, proprietary marks, and information.

8. Plaintiff GGL owns certain federally registered trademarks, including the federal registrations in the International Classes listed in the table below (collectively "the Gold's Gym Marks"):

| Registration No. | Registration Date | Mark | International Class |
|---|---|---|---|
| 1,203,098 | 7/27/1982 | Gold's Gym | 41 |
| 1,404,419 | 8/5/1986 | Gold's | 41 |
| 1,835,743 | 5/10/1994 | [bodybuilder logo] | 41 |

| | | | |
|---|---|---|---|
| 1,845,939 | 7/19/1994 | GOLD'S GYM (logo) | 41 |
| 2,212,364 | 12/22/1998 | Serious fitness for every body | 41 |
| 2,668,786 | 12/31/2002 | Changeyourbody/changeyourlife | 41 |
| 3,008,816 | 10/25/2005 | It all starts here | 41 |

9. Absent the prior written authorization from Plaintiffs, or either of them, Defendants are permanently enjoined and restrained, under penalty of contempt of court, from using any of the Gold's Gym Marks in connection with the advertisement or sale of any goods or services listed in the registration certificate of each of the Gold's Gym Marks.

10. This Proposed Consent Permanent Injunction relating to the Gold's Gym Marks is consented to by the parties.

Respectfully submitted,

| | |
|---|---|
| Dated: January 8, 2008 | Dated: January 8, 2008 |
| | |
| GOLD'S GYM FRANCHISING, LLC and GOLD'S GYM LICENSING, LLC, | MISSOURI MARTIAL ARTS, INC. and JAY D. D'AMATO |
| | |
| By: /s/ Stephen J. Vaughan | By: /s/ Timothy M. Huskey |
| Stephen J. Vaughan (*pro hac vice*) | Timothy M. Huskey (#44129) |
| stephen.vaughan@gpmlaw.com | tmh@greensfelder.com |
| GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A. | GREENSFELDER, HEMKER & GALE |
| | 10 South Broadway |
| | Suite 2000 |
| 2600 Virginia Avenue, Northwest | St. Louis, Missouri 63102 |
| Suite 1111 | Tel: (314) 241-9090 |
| Washington, D.C. 20037 | Fax: (314) 345-5465 |
| Tel: (202) 295-2200 | |
| Fax: (202) 295-2250 | *Attorneys for Defendants* |

and

Graham L.W. Day (#107919)
gday@polsinelli.com
POLSINELLI SHALTON FLANIGAN SUELTHAUS P.C.
7733 Forsyth Boulevard
Suite 1200
St. Louis, Missouri 63105
Tel: (314) 889-8000
Fax: (314) 727-7166

*Attorneys for Plaintiffs*

**IT IS SO ORDERED:**

Date: 2/11/08

Hon. Jean C. Hamilton
District Court Judge